**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

FILED - GR
U.S. District Court Clerk
APR 02 2024
Western Michigan

LAURY CHESTARO
936 FRONT AU NW
#214 apt Grand Rapids, MI
49504

Plaintiff(s),

v

Case No. **1:24-cv-337**
Honorable **Jane M. Beckering**
**U.S. District Judge**

CIA and
Edward Norton
180 OTOWA NW
Grand Rapids, MI
49504

Defendant(s).

I WANT TO ASK TO THE COURT THROUGH THE CIA AND EDWARD NORTON FOR MY Payment. Previously Stipulate in court for $500 Million. I also want to request established paternity of my Son. and the suspension of the Radiofrecuencies

I also want the suspension for the Radio Frequencies, I ask to be desconnected from the microchip

I also ask for compensation for myself $75,000 million. And for my son $30,000,000 Million Dollars.

Larry Chestano
936 Front av, SW
Apt 314.
Grand Rapids MI
49504.
(616) 264-0276